**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jamie A. Shank,<br>    aka Jamie Slaugh,<br>    aka Jamie Barr<br>                  Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-70779 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

      Respectfully submitted,

      **/s/ James C. Warmbrodt, Esquire**
      James C. Warmbrodt, Esquire
      jwarmbrodt@kmllawgroup.com
      Attorney I.D. No. 42524
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106
      Phone: (215)-627-1322

      Attorney for Movant/Applicant