# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 16-70779-JAD |
| Jamie A. Shank, | : |
| | : CHAPTER 13 |
| Debtor | : |
| | : RELATED TO DOCKET NO. 32 |
| | : |
| | : Hearing Date & Time: |
| | : 5/5/2017 at 10:00 a.m. |

### RESPONSE TO RULE TO SHOW CAUSE

**AND NOW** come the Debtor, Jamie A. Shank, by and through her attorney, Paul W. McElrath, Esquire, of the law firm of McElrath Legal Holdings, LLC, and files the within RESPONSE TO RULE TO SHOW CAUSE, and in support thereof aver as follows:

1. The reason Debtor did not attend the first scheduled Section 341 Meeting of Creditors on January 20, 2017 is unknown to counsel.

2. The reason Debtor did not attend the second scheduled Section 341 Meeting of Creditors on March 24, 2017 is unknown to counsel.

3. Counsel has been unable to contact Debtor since the filing of the completed schedules. The Debtors intentions with the case is unknown to counsel.

WHEREFORE, Counsel for the Debtor wishes this court to order any relief that this Court deems just and proper.

Respectfully submitted,

Date: <u>April 27, 2017</u>                                              <u>/s/ Paul W. McElrath</u>
                                                                    Paul W. McElrath, Esquire
                                                                    PA I.D. # 86220
                                                                    McElrath Legal Holdings, LLC
                                                                    1641 Saw Mill Run Boulevard
                                                                    Pittsburgh, PA  15210
                                                                    Tel: 412.765.3606
                                                                    Fax: 412.765.1917
                                                                    Email: paulm@mcelrathlaw.com