IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 16-70779-JAD |
| **Jamie A. Shank,** | : |
| | : CHAPTER 13 |
| Debtor | : |
| | : RELATED TO DOCKET NO. 32 |
| | : |
| | : Hearing Date & Time: |
| | : 5/5/2017 at 10:00 a.m. |

**AMENDED RESPONSE TO RULE TO SHOW CAUSE**

**AND NOW** come the Debtor, Jamie A. Shank, by and through her attorney, Paul W. McElrath, Esquire, of the law firm of McElrath Legal Holdings, LLC, and files the within RESPONSE TO RULE TO SHOW CAUSE, and in support thereof aver as follows:

1. The reason Debtor did not attend the first scheduled Section 341 Meeting of Creditors on January 20, 2017 is the Debtor mixed up the date of the hearing.

2. The reason Debtor did not attend the second scheduled Section 341 Meeting of Creditors on March 24, 2017 is due to illness.

3. Debtor has contacted counsel and avers that she will attend the next scheduled 341 Meeting of Creditors.

WHEREFORE, Counsel for the Debtor wishes this court to order any relief that this Court deems just and proper.

Respectfully submitted,

Date: <u>April 27, 2017</u>  /s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com