IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**JAMIE A. SHANK,**                    :        Bankruptcy No. 16-70779-JAD
                                       :
                                       :
                                       :
                                       :
         **Debtor.**                   :        Chapter 13

### ORDER OF COURT

**AND NOW**, this **28th** day of **April**, **2017**, it hereby is **ORDERED, ADJUDGED,** and **DECREED** that the Clerk's Office of the U.S. Bankruptcy Court **IS DIRECTED TO SCHEDULE** one more § 341 Meeting of Creditors for debtor. If the debtor and debtor's counsel appear at the rescheduled § 341 Meeting, the case will go forward. If the debtor and debtor's counsel fail to appear at the rescheduled § 341 Meeting, then this case **WILL BE AND IS DISMISSED** without further hearing or order of court.

It is further ordered that the hearing on the *Rule To Show Cause Why The Case Should Not Be Dismissed For Debtor's Failure To Attended Scheduled Section 341 Meetings* scheduled for May 5, 2017 at 10:00 AM is cancelled.

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Judge

*CASE ADMINISTRATOR SHALL SERVE:*
    Debtor
    Debtor's Counsel
    Chapter 13 Trustee
    Office of the United States Trustee

FILED
4/28/17 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00020732

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jamie A. Shank  
      Debtor

Case No. 16-70779-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7    User: mgut    Page 1 of 1    Date Rcvd: Apr 28, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
db        +Jamie A. Shank,    166 Kelly Drive,    East Freedom, PA 16637-8422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
        James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
        Mario J. Hanyon   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.   on behalf of Debtor Jamie A. Shank ecf@mcelrathlaw.com,  
         donotemail.ecfbackuponly@gmail.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                        TOTAL: 5