**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **16–70779–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Jamie A. Shank
   aka Jamie Slaugh, aka Jamie Barr
   166 Kelly Drive
   East Freedom, PA 16637

Social Security No.:
   xxx–xx–7449

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Paul W. McElrath Jr.
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Telephone number:  412–765–3606

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 16, 2017
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

CONFIRMATION HEARING DATE/TIME/LOC
June 16, 2017
09:00 AM
Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/28/17

BY THE COURT

Jeffery A. Deller
Judge

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 16-70779-JAD
Jamie A. Shank                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: mgut               Page 1 of 2              Date Rcvd: Apr 28, 2017
                              Form ID: rsc13           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db             +Jamie A. Shank,    166 Kelly Drive,    East Freedom, PA 16637-8422
14320616      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,      15000 Capital One Dr,
                 Richmond, VA 23238)
14320615       +Caliber Home Loans,    PO Box 619063,   Dallas, TX 75261-9063
14320617       +Chase Auto,    Po Box 24696,   Columbus, OH 43224-0696
14320618       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14320619       +Chld/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14320620       +Cornerstone Credit,    500 W Plank Rd,   Altoona, PA 16602-2802
14390953       +LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14386228       +MIDLAND FUNDING LLC,    PO BOX 2011,   WARREN, MI 48090-2011
14320627       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14325568       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14320638       +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 29 2017 01:16:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14320621       +E-mail/Text: creditonebknotifications@resurgent.com Apr 29 2017 01:15:51      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14320622       +E-mail/Text: ebnsterling@weltman.com Apr 29 2017 01:15:58      J.b. Robinson Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
14361487        E-mail/Text: bk.notifications@jpmchase.com Apr 29 2017 01:15:59      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14320623       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 29 2017 01:15:54      Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14354362        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2017 01:09:47
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14320624       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2017 01:09:47      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14320625        E-mail/Text: camanagement@mtb.com Apr 29 2017 01:15:58      M&t Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14353451        E-mail/Text: bkr@cardworks.com Apr 29 2017 01:15:49      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14320626       +E-mail/Text: bkr@cardworks.com Apr 29 2017 01:15:49      Merrick Bank,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
14341580        E-mail/Text: bnc-quantum@quantum3group.com Apr 29 2017 01:16:00
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14320629       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:10:03      Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
14320630       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:09:44      Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14320631       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:10:03      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14320632       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:09:44      Syncb/jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
14320633       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:10:04      Syncb/lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
14320634       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:09:44      Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
14320635       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:09:44      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
14320636       +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:09:44      Syncb/qvc,   Po Box 965005,
                 Orlando, FL 32896-5005
14320637        E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2017 01:10:04      Syncb/walmart,   Po Box 965024,
                 El Paso, TX 79998
14320639       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 29 2017 01:16:32      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              LSF9 MASTER PARTICIPATION TRUST
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14337833*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,      15000 Capital One Dr,
                 Richmond, VA 23238)
14337832*      +Caliber Home Loans,    PO Box 619063,   Dallas, TX 75261-9063
14337834*      +Chase Auto,    Po Box 24696,   Columbus, OH 43224-0696
14337835*      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
```

```
District/off: 0315-7          User: mgut              Page 2 of 2              Date Rcvd: Apr 28, 2017
                              Form ID: rsc13          Total Noticed: 33


          ***** BYPASSED RECIPIENTS (continued) *****
14337836*        +Chld/cbna,    Po Box 6497,     Sioux Falls, SD 57117-6497
14337837*        +Cornerstone Credit,     500 W Plank Rd,     Altoona, PA 16602-2802
14337838*        +Credit One Bank Na,     Po Box 98875,     Las Vegas, NV 89193-8875
14337839*        +J.b. Robinson Jewelers,     375 Ghent Rd,     Fairlawn, OH 44333-4601
14337840*        +Kohls/chase,    N56 W 17000 Ridgewood Dr,     Menomonee Falls, WI 53051-7096
14337841*        +Lvnv Funding Llc,     Po Box 10497,     Greenville, SC 29603-0497
14337842*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,     1100 WHERLE DRIVE,     WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&t Bank,      1 Fountain Plz Fl 4,     Buffalo, NY 14203)
14337843*        +Merrick Bank,     Po Box 9201,    Old Bethpage, NY 11804-9001
14337844*        +Midland Funding,     2365 Northside Dr Ste 30,     San Diego, CA 92108-2709
14337845*        +Portfolio Recovery Ass,     287 Independence,     Virginia Beach, VA 23462-2962
14337846*        +Syncb/amazon,    Po Box 965015,     Orlando, FL 32896-5015
14337847*        +Syncb/amer Eagle,     Po Box 965005,    Orlando, FL 32896-5005
14337848*        +Syncb/care Credit,     C/o Po Box 965036,    Orlando, FL 32896-0001
14337849*        +Syncb/jcp,    Po Box 965007,     Orlando, FL 32896-5007
14337850*        +Syncb/lowes,    Po Box 956005,     Orlando, FL 32896-0001
14337851*        +Syncb/old Navy,     Po Box 965005,    Orlando, FL 32896-5005
14337852*        +Syncb/paypal Smart Con,     Po Box 965005,     Orlando, FL 32896-5005
14337853*        +Syncb/qvc,    Po Box 965005,     Orlando, FL 32896-5005
14337854*         Syncb/walmart,    Po Box 965024,     El Paso, TX 79998
14337855*        +Td Bank Usa/targetcred,     Po Box 673,    Minneapolis, MN 55440-0673
14337856*        +Webbank/fingerhut,     6250 Ridgewood Road,     Saint Cloud, MN 56303-0820
14320628       ##+Portfolio Recovery Ass,     287 Independence,     Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 2, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Jamie A. Shank ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```