# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|   |   |
|---|---|
| Debtor: | JAMIE A. SHANK |
| Case Number: | 16-70779-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 03, 2017  02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/7/17 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#15 - Final Confirmation of Plan Dated 12/18/2016 (NFC)
R / M #:  15 / 0

### *Appearances:*

Debtor: *Freitag*
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: WO - waiting for Rem. Hance

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  9-28-17  at  2:00  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: