# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

|   |   |   |   |
|---|---|---|---|
| Debtor: | JAMIE A. SHANK | | |
| Case Number: | 16-70779-JAD | Chapter: | 13 |
| Date / Time / Room: | FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B | | |
| Bankruptcy Judge: | JEFFERY A. DELLER | | |
| Courtroom Clerk: | JEFF FURIS | | |
| Reporter / ECR: | N/A | | |

### Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A. - Response Filed by Debtor on 5/31/17 at Doc. # 45 [Due 6/1/2017]
R / M #:  41 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTOR(S): ~~Paul McElrath~~, Esq.  Ryly
CREDITOR: James C. Warmbrodt, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least  90  Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____ To Conciliation Conference For _____ at
          _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY / JURY
   _____ Simple / Pretrial Order - NONJURY / JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
8/23/17 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge