# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JAMIE A. SHANK
**Case Number:** 16-70779-JAD    **Chapter:** 13

**Date / Time / Room:** FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A.
- Response Filed by Debtor on 5/31/17 at Doc. # 45 [Due 6/1/2017]
R / M #:   41 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTOR(S): ~~Paul McElrath, Esq.~~ Ryly
CREDITOR: James C. Warmbrodt, Esq. Ryly

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order: _____
✓ CONTINUE MATTER:
    ✓ For At Least __90__ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
8/23/17 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

Page 1 of 1                                                    6/20/2017   4:38:40PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-70779-JAD
Jamie A. Shank                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy              Page 1 of 1              Date Rcvd: Aug 23, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
db             +Jamie A. Shank,    166 Kelly Drive,    East Freedom, PA 16637-8422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Jamie A. Shank ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6