**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jamie A. Shank
aka Jamie Slaugh, aka Jamie Barr**
   Debtor(s)

Bankruptcy Case No.: 16–70779–JAD
Issued Per Sep. 28, 2017 Proceeding
Chapter: 13
Docket No.: 54 – 15, 50
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 18, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $1,035 as of October 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Quantum3 Group, LLC at Claim No. 1 at zero percent interest; LSF9 Master Participation Trust at Claim No. 8 .

☐ H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 29, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                            Case No. 16-70779-JAD
Jamie A. Shank                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: jhel                  Page 1 of 2                  Date Rcvd: Sep 29, 2017
                              Form ID: 149                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db             +Jamie A. Shank,    166 Kelly Drive,    East Freedom, PA 16637-8422
14320616      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                Richmond, VA 23238)
14320615       +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
14320617       +Chase Auto,    Po Box 24696,    Columbus, OH 43224-0696
14320618       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14320619       +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14320620       +Cornerstone Credit,    500 W Plank Rd,    Altoona, PA 16602-2802
14320638       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14320621       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 30 2017 01:08:19     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
14320622       +E-mail/Text: BKRMailOPS@weltman.com Sep 30 2017 01:06:44     J.b. Robinson Jewelers,
                375 Ghent Rd,    Fairlawn, OH 44333-4601
14361487        E-mail/Text: bk.notifications@jpmchase.com Sep 30 2017 01:06:45     JPMorgan Chase Bank N.A.,
                National Bankruptcy Department,     P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14320623       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 30 2017 01:06:36     Kohls/chase,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14390953       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 30 2017 01:07:43
                LSF9 Master Participation Trust,     c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
14354362        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2017 01:08:36
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14320624       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2017 01:08:37     Lvnv Funding Llc,
                Po Box 10497,    Greenville, SC 29603-0497
14320625        E-mail/Text: camanagement@mtb.com Sep 30 2017 01:06:44     M&t Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203
14353451        E-mail/Text: bkr@cardworks.com Sep 30 2017 01:06:30     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14386228       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2017 01:07:01     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
14320626       +E-mail/Text: bkr@cardworks.com Sep 30 2017 01:06:30     Merrick Bank,    Po Box 9201,
                Old Bethpage, NY 11804-9001
14320627       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2017 01:07:01     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14325568       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2017 01:25:44
                PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14341580        E-mail/Text: bnc-quantum@quantum3group.com Sep 30 2017 01:06:47
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA 98083-0788
14320629       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:14     Syncb/amazon,    Po Box 965015,
                Orlando, FL 32896-5015
14320630       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:31     Syncb/amer Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
14320631       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:48     Syncb/care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
14320632       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:14     Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
14320633       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:14     Syncb/lowes,    Po Box 956005,
                Orlando, FL 32896-0001
14320634       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:14     Syncb/old Navy,    Po Box 965005,
                Orlando, FL 32896-5005
14320635       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:48     Syncb/paypal Smart Con,
                Po Box 965005,    Orlando, FL 32896-5005
14320636       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:14     Syncb/qvc,    Po Box 965005,
                Orlando, FL 32896-5005
14320637        E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2017 01:08:48     Syncb/walmart,    Po Box 965024,
                El Paso, TX 79998
14320639       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2017 01:07:25     Webbank/fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, N.A.
cr             LSF9 MASTER PARTICIPATION TRUST
cr             LSF9 Master Participation Trust
```

```
District/off: 0315-7           User: jhel                  Page 2 of 2                   Date Rcvd: Sep 29, 2017
                               Form ID: 149                Total Noticed: 32

cr*             +PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14337833*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                   Richmond, VA 23238)
14337832*       +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
14337834*       +Chase Auto,    Po Box 24696,    Columbus, OH 43224-0696
14337835*       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14337836*       +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14337837*       +Cornerstone Credit,    500 W Plank Rd,    Altoona, PA 16602-2802
14337838*       +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14337839*       +J.b. Robinson Jewelers,    375 Ghent Rd,    Fairlawn, OH 44333-4601
14337840*       +Kohls/chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14337841*       +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14337842*      ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&t Bank,     1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14337843*       +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
14337844*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14337845*       +Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
14337846*       +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14337847*       +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14337848*       +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
14337849*       +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14337850*       +Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
14337851*       +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14337852*       +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
14337853*       +Syncb/qvc,    Po Box 965005,    Orlando, FL 32896-5005
14337854*        Syncb/walmart,    Po Box 965024,    El Paso, TX 79998
14337855*       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14337856*       +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14320628       ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                               TOTALS: 3, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Mario J. Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Jamie A. Shank ecf@mcelrathlaw.com,
        donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 6