UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | JAMIE A. SHANK |
| Case Number: | 16-70779-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, OCTOBER 20, 2017 01:30 PM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | SCOTT KOZAR |
| Reporter / ECR: | N/A |

## Matter:

Continued - Motion For Relief From The Automatic Stay filed by JPMorgan Chase Bank, N.A.
- Response Filed by Debtor on 5/31/17 at Doc. No. 45  [Due 6/1/2017]
- Hearing Held 6/30/2017 - Continued To 10/20/2017
- O/E 8/23/2017 Rescheduling From 10:00 AM to 1:30 PM
R / M #:  41 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Paul McElrath, Esq.
CREDITOR: James C. Warmbrodt, Esq.

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ✓ To Conciliation Conference For Dec. 21, 2017 at 10:00 AM/PM at P 60
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

-continued to conciliation conference on 12/21/17 at 10 am at p60

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
10/23/17 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA