# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JAMIE A. SHANK |
| **Case Number:** | 16-70779-JAD     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 21, 2017 10:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/28/17 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#41 - Motion For Relief From The Automatic Stay filed by JP Morgan Chase Bank

**R / M #:** 41 / 0

### *Appearances:*

Debtor:

Trustee: Winnecour / ~~Bedford~~ / Pail / Katz    *Frietag*

Creditor: *Lauren Karl — JP Morgan*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 3-29-18 at 10:00 A.M.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: