# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: JAMIE A. SHANK
Case Number: 16-70779-JAD    Chapter: 13
Date / Time / Room: THURSDAY, MARCH 29, 2018 10:00 AM  3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
4/2/18 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#41 - Continued Motion for Relief from the Automatic Stay by JPMorgan Chase Bank
R / M #: 41 / 0

### Appearances:

Debtor: Fretz
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Wambrodt for JPMorgan

### Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
    Objections are due on or before ___ .
    A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

By agreement of parties - the RS motion will be resolved by consent order w/in 30 days.

Debtor & JP Morgan to enter into a conditional RS order.

3/23/2018  1:05:49PM