Form 410

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jamie A. Shank**
**aka Jamie Slaugh, aka Jamie Barr**
Debtor(s)

Bankruptcy Case No.: 16–70779–JAD

Chapter: 13
Docket No.: 64 – 63
Concil. Conf.: January 24, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 19, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 20, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-70779-JAD
Jamie A. Shank                                                          Chapter 13
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                  Page 1 of 2                  Date Rcvd: Sep 20, 2018
                              Form ID: 410                Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Jamie A. Shank,    166 Kelly Drive,    East Freedom, PA 16637-8422
14320615       +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
14320617       +Chase Auto,    Po Box 24696,    Columbus, OH 43224-0696
14320618       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14320619       +Chld/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14320620       +Cornerstone Credit,    500 W Plank Rd,    Altoona, PA 16602-2802
14320638       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14320616        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:56:40
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14320621       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2018 01:56:06      Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14320622       +E-mail/Text: BKRMailOPS@weltman.com Sep 21 2018 01:47:47      J.b. Robinson Jewelers,
                 375 Ghent Rd,    Fairlawn, OH 44333-4601
14361487        E-mail/Text: bk.notifications@jpmchase.com Sep 21 2018 01:47:51      JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14320623       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2018 01:47:39      Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14390953       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 21 2018 01:48:58
                 LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14354362        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:56:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14320624       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2018 01:56:27      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
14320625        E-mail/Text: camanagement@mtb.com Sep 21 2018 01:47:47      M&t Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203
14353451        E-mail/Text: bkr@cardworks.com Sep 21 2018 01:47:28      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14386228       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2018 01:48:11      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN, MI 48090-2011
14320626       +E-mail/Text: bkr@cardworks.com Sep 21 2018 01:47:28      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14320627       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2018 01:48:11      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14325568       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:56:04
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14341580        E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2018 01:47:54
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14320629       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:00      Syncb/amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
14320630       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:39      Syncb/amer Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
14320631       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:18      Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
14320632       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:39      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
14320633       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:40      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
14320634       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:39      Syncb/old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
14320635       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:01      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
14320636       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:18      Syncb/qvc,    Po Box 965005,
                 Orlando, FL 32896-5005
14320637        E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:56:40      Syncb/walmart,    Po Box 965024,
                 El Paso, TX 79998
14320639       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 21 2018 01:48:38      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              LSF9 MASTER PARTICIPATION TRUST
cr              LSF9 Master Participation Trust
```

```
District/off: 0315-7          User: jfur                   Page 2 of 2               Date Rcvd: Sep 20, 2018
                              Form ID: 410                 Total Noticed: 32

cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14337833*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,      15000 Capital One Dr,
                 Richmond, VA 23238)
14337832*      +Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
14337834*      +Chase Auto,    Po Box 24696,    Columbus, OH 43224-0696
14337835*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14337836*      +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14337837*      +Cornerstone Credit,    500 W Plank Rd,    Altoona, PA 16602-2802
14337838*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14337839*      +J.b. Robinson Jewelers,     375 Ghent Rd,    Fairlawn, OH 44333-4601
14337840*      +Kohls/chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14337841*      +Lvnv Funding Llc,    Po Box 10497,    Greenville, SC 29603-0497
14337842*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&t Bank,      1 Fountain Plz Fl 4,    Buffalo, NY 14203)
14337843*      +Merrick Bank,    Po Box 9201,    Old Bethpage, NY 11804-9001
14337844*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14337845*      +Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
14337846*      +Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
14337847*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14337848*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
14337849*      +Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
14337850*      +Syncb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
14337851*      +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14337852*      +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
14337853*      +Syncb/qvc,    Po Box 965005,    Orlando, FL 32896-5005
14337854*       Syncb/walmart,    Po Box 965024,    El Paso, TX 79998
14337855*      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14337856*      +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14320628     ##+Portfolio Recovery Ass,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                TOTALS: 3, * 26, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeremy J. Kobeski    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Jamie A. Shank ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 7
```